

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Alejandro Hernandez and The Freedom Indeed Foundation, Inc., | § | No. 08-18-00045-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | County Court at Law No. 7 |
| v. | | |
| | § | of El Paso County, Texas |
| Constable R.A. Sommers Precinct #7, | | |
| | § | (TC# 2017DCV0816) |
| Appellee. | | |
| | § | |

**O R D E R**

On the same date they filed notice of appeal, Appellants each filed in the trial court a Statement of Inability to Afford Payment of Courts Costs. *See* TEX.R.CIV.P. 145. The court reporter, Maria Chavez, filed a challenge to Appellants' Statement of Inability. We conclude that it is necessary for the trial court to conduct a hearing as contemplated by Rule 145. It is therefore ordered that the trial court conduct a hearing to determine whether Appellants are able to afford to pay for the reporter's record. The hearing should be conducted as soon as practicable, but Appellants must be given ten days' notice of the hearing. *See* TEX.R.CIV.P. 145.

The trial court must issue an order which complies with TEX.R.CIV.P. 145(f)(6). In the event that the trial court finds that Appellants can afford to pay costs, Appellants can challenge that ruling by motion filed in this Court pursuant to TEX.R.APP.P. 145(g) no later than ten days after the order is signed. The trial court shall forward its order to the District Clerk of El Paso

1

County, Texas as soon as practicable after the hearing, but no later than three days after the order is signed. The District Clerk shall prepare and forward a supplemental clerk's record containing the order to this Court as soon as possible, but no later than five days after the trial court files the order. It will not be necessary for the court reporter to file a record of the hearing unless the trial court rules that Appellants are able to afford to pay for the reporter's record. All appellate deadlines shall be suspended pending resolution of these issues. The Court will issue an order reestablishing the appellate deadlines.

IT IS SO ORDERED this 13th day of June, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.